IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JORGE A. MARTINEZ,                :
                                  :
    Petitioner                    :
                                  :
    v.                            :    CIVIL NO. 4:CV-15-1412
                                  :
WARDEN L. U. ODDO                 :    (Judge Brann)
                                  :
    Respondent                    :

**ORDER**

July 28, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's request to proceed in forma pauperis will be **GRANTED** for the sole purpose of the filing of this matter with this Court.

2. Martinez's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

3. Petitioner may seek authorization from the United States Court of Appeals for the Sixth Circuit for leave to file a

   second or successive § 2255 petition.

4.  The Clerk of Court is directed to **CLOSE** this case.

5.  Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

  BY THE COURT:

    s/ Mathew W. Brann
  Matthew W. Brann
  United States District Judge